Name: DOROTHY HARDY

Address: P.O. Box 210275, Anchorage, Alaska 99521

Telephone number: (907) 337-1893

RECEIVED
MAR 29 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

DOROTHY HARDY,
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & Public Facilities,
(Enter full names of defendant(s) named on EEOC final decision. Do NOT use et al.)

Defendant(s).

Case No. 3:06-CV-00066-TMB
(To be supplied by Court)

**EMPLOYMENT DISCRIMINATION COMPLAINT**

1. **JURISDICTION**

   This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq.

2. **PARTIES**

   a. Name of plaintiff: _DOROTHY HARDY_

   Present mailing address: _P.O. Box 210275_
   _ANCHORAGE, ALASKA 99521_

   Phone: _(907) 337-1893_

   b. Name of first defendant: _STATE OF ALASKA_

   Present mailing address or business location: _4801 Boniface Parkway_
   _Anchorage, Alaska 99507_

   Phone: _(907) 269-5967_

   c. Name of second defendant: _____

   Present mailing address or business location: _____

   Phone: _____

   d. Name of third defendant: _____

   Present mailing address or business location: _____

   Phone: _____

   (Copy this blank page for additional defendants, if necessary, and label it 2A.)

3. **NATURE OF CASE**

   a. The address at which I sought employment or was employed by the defendant(s) is: _4801 Boniface Parkway_
   _Anchorage, Alaska 99507_

PS05 (6/04)                Page 2 of 6

b. The discriminatory acts ~~occurred~~ began on or about __11 / 1 / 2003 to present__
(month/day/year)

c. The acts complained of in this suit concern:

   i. _____ Failure to employ me

   ii. _____ Termination of my employment

   iii. ✓ Failure to promote me

   iv. ✓ Demotion

   v. ✓ Denial equal pay/work

   vi. _____ Sexual harassment

   vii. ✓ General harassment

   viii. _____ Other (Be specific; attach additional sheet if necessary):
   __hostile work environment__

d. Defendant's conduct is discriminatory with respect to the following:

   i. ✓ My race or color

   ii. _____ My religion

   iii. ✓ My sex

   iv. _____ My national origin

   v. Other: _____

e. I filed a complaint with the Alaska State Commission for Human Rights on or about: __8 / 1 / 2005__ (month/day/year)

f.  I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant(s) discriminatory conduct on or about: _3 / 14 / 2004_ (month/day/year)

g.  The EEOC sent a **"Notice of Right to Sue"*** which I received on or about: _12 / 30 / 2005_ (month/day/year). ***Please attach notice**. The notice is attached to this complaint. _✓_ Yes ____ No

If not, why not:_____

_____

_____

h.  I believe that the defendant(s) is/are still committing these acts against me:        _✓_ Yes ____ No

4. **CAUSE OF ACTION**

I allege that the defendant has discriminated against me as follows:

a.  Count 1: _____Job_____

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.):

I was denied Promotion to the Position of Administrative Assistion After I Performed that Job from December 2, 2003 until October 19, 2004 along with my regular duties as administrative Clerk III. I was paid until June, 04 per the higher range. I was told

on September 22, 2005 by my Supervisor at the time Lunsin Palmer that I was not being Promoted because he wanted someone thats not Loud, someone the can handle Conflicts if any occur I did have enough experience I asked him if I could stop working in the acting position he told me No. He hired someone else and moved her from Juneau

b. Count 2: <u>Americans With Disabilities Act</u>

Supporting facts (Describe exactly what each defendant did or did not do. State the facts clearly and briefly, in your own words, without citing any legal authority.): On October 27, 2004 I went to my doctor for severe headache, neck & shoulder pain he asked me how long have I had the systems I told him about four month he asked me has anything changed in my daily activities I told him I was doing extra duties on my job pulling files that weight up too a hundred pound, my Doctor ordered a sinus Xray to see if I had a sinus infection it was negative then he ordered a Xray on my Neck it Showed I had an instability in my Neck, he asked my employer to restrict me from pulling the heavy files on November 8, 04 the employer sent me home because I could not do the essential duties of the vacant clerk positions, he asked them to let me do my duties that I have been doing for the past seven years, on November 8th I was sent home because I couldn't do the other clerk Job. I returne to work on November 27th. I was told by my Supervison I would have to file for one hour a day if I hurt or not continued to file as ordered my pain incresed my Doctor Put me on Pain medication and Physical Therapy. I didn't improve I was sent to a Pain specialist on April 14 I underwent surgery on my Neck where a Pain blocker was inserted After with no improvement an MRI was doen my shoulder which showed a Rotater cuff tare. I have surgery done on October 13, 2005 I have been out of work on worker Compensation to the present I was told on March 20, 06 I need to have another surgery which is scheduled for April 7th 06 this is Just a brief statement. I have Doctors statements and other

PS05 (6/04)                Page 5 of 6

5 of 6 Continue

After my surgery in October I was informed by my Union my ADA was denied + my EEOC Charge was dismissed in relatation my employer updated my Position Description added more duties most of the duties they added is my supervisors, I was demated

3-29-06 [signature]

## 5. INJURY

How have you been injured by the actions of the defendant(s)? _yes_

_____

_____

_____

_____

## 6. REQUEST FOR RELIEF

I believe I am entitled to the following relief: to be made whole, compensation for serving as acting supervisor, compensation for demotion, compensation for work injury, compensation for physical and mental pain suffering, compensation for defamation

**WHEREFORE**, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorneys fees.

### DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above complaint, and that the information contained in the complaint is true and correct.

_[signature]_
(Signature)

3-29-06
(Date)

PS05 (6/04)             Page 6 of 6