**RECEIVED**

MAR 3 0 2006

CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SEATTLE DISTRICT OFFICE
FEDERAL OFFICE BUILDING
909 FIRST AVENUE, SUITE 400
SEATTLE WA 98104-1061

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

AN EQUAL OPPORTUNITY EMPLOYER

UNITED STATES POSTAGE $ 00.37°
PITNEY BOWES
02 1A
0004601964  DEC 30 2005
MAILED FROM ZIP CODE 98104

Dorothy Hardy
P. O. Box 210275
Anchorage, AK 99521

99521+0275-75 B004