IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOROTHY HARDY,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF ALASKA, DEPARTMENT OF TRANSPORTATION & PUBLIC FACILITIES,<br><br>    Defendant. | Case No. 3:06-cv-00066 TMB<br><br>O R D E R |

On March 29, 2006, Dorothy Hardy, representing herself, filed an employment discrimination complaint under Title VII of the Civil Rights Act, and the Americans with Disabilities Act. Ms. Hardy has paid the filing fee in this case, but has not completed a summons form for the defendant.

Under the Federal Rules, "[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice as to that

defendant or direct that service be effected within a specified time."[1]  Ms. Hardy is, therefore, put on notice that she has until July 27, 2006, to serve the defendant.

**IT IS HEREBY ORDERED**:

1. Under the Federal Rules, Ms. Hardy must complete initial service of the complaint and summons **no later than July 27, 2006**, and promptly file a return of service with the Court, showing proof of service on the defendant. Otherwise, her complaint may be dismissed without further notice.

2. The Clerk of Court will send Ms. Hardy a summons form with this Order. Ms. Hardy must complete the summons form for the defendant, and return the completed original form, plus two copies, to the Court for signature and seal. If the summons is in proper form, it will be issued for service.[2]

3. Ms. Hardy must follow the Federal Rules of Civil Procedure[3] and the Local Rules for the District of Alaska in serving the defendant.

4. After service of the initial summons and complaint, all future papers to be filed with the Court must be identified with the name of the Court, Case No. 3:06-cv-00066 TMB, the names of the plaintiff and the defendant, and the title of

---

[1] FED. R. CIV. P. 4(m).

[2] FED. R. CIV. P. 4(b).

[3] *See, e.g.,* FED. R. CIV. P. 4(c). (service "by any person who is not a party and who is at least 18 years of age"); 4(d) (waiver of service by a defendant); and 4(h) (service on agent of corporation).

the document, as illustrated on the first page of this Order.

5. After service of the initial complaint and summons, Ms. Hardy shall serve a copy of all <u>future</u> pleadings or documents she sends to the Court upon counsel for defendant. Ms. Hardy shall include, with any original paper to be filed with the Clerk of Court, a certificate stating the date that an exact copy of the document was mailed, faxed or hand-delivered to the defendant's counsel. A certificate of service may be written in the following form at the end of her document:

> I hereby certify that a copy of the above <u>(name of document)</u> was served upon <u>(name of opposing counsel)</u> by <u>(mail/fax/hand-delivery)</u> at <u>(address)</u> on <u>(date)</u>.
>
> _____
> (Ms. Hardy's Signature)

Any paper received by a District Court Judge or Magistrate Judge which has not been filed with the Clerk of Court or which does not include a certificate of service will be disregarded by the Court.

6. Ms. Hardy shall provide the Court with the original, plus one complete and legible copy, of every paper she submits for filing, as required by this Court's Local Rule 10.1(b).

7. No party shall have any *ex parte* communication (that is, communication without the presence and/or knowledge and consent of the other parties) with a District Court Judge or Magistrate Judge of this Court about the merits of this action. Ms. Hardy should not write letters to the Court, but must file any

requests for action by the Court during these proceedings in the form of a motion.

8. The Clerk of Court is directed to send a copy of the Court's motion form, PS12, to Ms. Hardy with this Order.

9. At all times, Ms. Hardy shall keep the Court informed of any change of address, by filing a notice titled "NOTICE OF CHANGE OF ADDRESS." The notice shall contain only information about the change of address, and its effective date. The notice shall not include any requests for any other relief. Failure to file the notice may result in the dismissal of the action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure.

10. The Clerk of Court is directed to send a copy of the Court's *pro se* handbook, "Representing Yourself in Alaska's Federal Court," to Ms. Hardy with this Order.

DATED this 31st day of March, at Anchorage, Alaska.

/S/TIMOTHY M. BURGESS
United States District Judge