DOROTHY HARDY
Name

_____
Prison Number

_____
Place of Confinement

P.O. Box 210275
Anchorage, Alaska 99521
Address

907 337-1893
Telephone

RECEIVED
JUL 14 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

Dorothy Hardy,

Plaintiff,

vs.

State of Alaska, Department of Transportation & Public Facilities,

Defendant(s).

Case No. 3:06-cv-00066 TMB

**MOTION**

to/for Continuance

I, Dorothy Hardy, proceeding without a lawyer, move to/for extension of time under the following statute(s)/rule(s) (if known) Fed. Rules of Civil Procedure 4, + Alaska local rules of court for the following reason(s): to permit service of defendants.

_____

_____

PS 15 (effective 8/05)

I am Requesting a legal Council I do not know how to represent myself

## Declaration Under Penalty of Perjury

I, _Dorothy Hardy_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: 7-14-06 , at _____.

_Dorothy Hardy_
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)            2            MOTION