Name: _Dorothy Hardy_

_P.O. Box 210275_
Address
_Anchorage, Alaska 99521_

Telephone Number
_907 337 1893_

RECEIVED
JUL 1 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE ALASKA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

_DOROTHY HARDY_,

           **Plaintiff/Petitioner,**

vs,

_State of Alaska, Department of Transportation & Public Facilities_,

           **Defendant/Respondent.**

CASE NO. _3:06-CV-00066 TMB_

**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: _7-5-06_

_[signature]_
Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97