Name: _Dorothy Harvey_

Address: _P.O. Box 210275_
_Anchorage, AK 99521_

Telephone Number: _907-337-1893_

**RECEIVED**
**AUG 24 2006**
**CLERK U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

_Dorothy Harvey_,

        **Plaintiff/Petitioner,**

vs,

_State of Alaska_,

        **Defendant/Respondent.**

CASE NO. _3-06-CV-00066 TMB_

_Ammendant_
**MOTION FOR APPOINTMENT OF COUNSEL**

Plaintiff/Petitioner moves this Court for appointment of counsel. Plaintiff/Petitioner makes this request for the reason that s/he is financially unable to retain an attorney and requires the assistance of counsel.

This motion is supported by the Financial Affidavit in Support of Request for Attorney attached hereto.

Dated: _8-24-06_     _Dorothy Harvey_
                                    Plaintiff/Petitioner

Appt. Counsel
Effect. 5/97

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: Dorothy Hardy v.s. State of Alaska Department of Transportation

FOR: United state District Court of Anchorage

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Dorothy Hardy

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate:
District Court: 3-06-CV-00066TMB
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☑ No ☐ Am Self-Employed
- Name and address of employer: State Equipment Fleet 4801 Bonfire Anchorage 99507
- IF YES, how much do you earn per month? $1,900.00 (Worker's Comp)
- IF NO, give month and year of last employment: 10-13-05
- How much did you earn per month? $2,800.00 month
- If married is your Spouse employed? ☐ Yes ☑ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
- RECEIVED: October 05 $800.00
- SOURCES: Dividend

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No IF YES, state total amount $200.00

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT:
  - VALUE $300.00 — DESCRIPTION: Clothing
  - $6,000.00 — Car
  - $200.00 — furniture

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE ☐ MARRIED ☐ WIDOWED ☑ SEPARATED OR DIVORCED
- Total No. of Dependents: 0
- List persons you actually support and your relationship to them: ___

**OBLIGATIONS & DEBTS**

| DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.) | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| APARTMENT OR HOME | Rent | $575.00 | $575.00 |
| | Car | $7,200.00 | $311.26 |
| | Credit card | $800.00 | $40.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) ___

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Dorothy Hardy    8-24-06