Dorothy Hardy
**Name**

_____
**Prison Number**

_____
**Place of Confinement**

P.O. Box 210275
Anchorage, AK 99521
**Address**

907-337-1893
**Telephone**

RECEIVED
AUG 24 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ALASKA

Dorothy Hardy
_____,
        Plaintiff,

vs.

State of Alaska, Department of
Transportation + Public Facilities

        Defendant(s).

Case No. 3-06-CV-00066-TMB

**MOTION**

to/for Continuance

I, Dorothy Hardy, proceeding without a lawyer, move to/for Extention of Time under the following statute(s)/rule(s) (if known) Federal Rules of Civil Procedures & Alaska Local rules of court for the following reason(s): due to my Physical condition at time of filing I have undergone 2 Surgery. And I can not represent my self mentaly or Physically

PS 15 (effective 8/05)

I could not Service the defendent they were out of state for a period of ~~six~~ four to six weeks

## Declaration Under Penalty of Perjury

I, _Dorothy Hardy_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _8-24-06_, at _Anchorage Alaska_.

_Dorothy Hardy_
Signature

## Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature

PS 15 (effective 8/05)         2         MOTION