**Name:** Dorothy Hardy

**Prison Number:**

**Place of Confinement:**

**Address:** P.O. Box 210275
Anchorage, AK 99521

**Telephone:** (907) 337-1893

RECEIVED
SEP 2 0 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

Dorothy Hardy,

  Plaintiff,

vs.

State of Alaska Department of Transportation & Public Facilities

  Defendant(s).

Case No. 306-CV-00066 TMB

**MOTION**

to/for Continuance

I, Dorothy Hardy, proceeding without a lawyer, move to/for Fed Rules of Civ. l Procedure & Alaska Local rules of court under the following statute(s)/rule(s) (if known) _____

for the following reason(s): To obtain Legal Counsel I have Applied for Alaska Legal Services I haven't received An Answer from them, yet

PS 15 (effective 8/05)

I will be leaving the State soon for Treatment in another State, I am waiting for legal services to help me with this case

Thank you

### Declaration Under Penalty of Perjury

I, _Dorothy Hardy_, declare under penalty of perjury, that I have reviewed the above motion, and that the information contained in this motion is true and correct.

DATED: _9-20-06_, at _Anchorage_.

_Dorothy Hardy_
Signature

### Certificate of Service

I certify that, on _____ a copy of this motion
(Date of mailing or handing to Correcitonal Officer)

was served, by first class U.S. mail, on_____
(Opposing Party or Counsel)

at _____.
(Address)

_____
Signature