## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

<u>  DOROTHY HARDY  </u>  v.  <u>  DEPART. OF TRANSPORT. & PUBLIC FACILITIES  </u>

THE HONORABLE TIMOTHY M. BURGESS

<small>DEPUTY CLERK</small>                                                                CASE NO.  <u>  3:06-cv-00066-TMB  </u>

<u>  Patty Demeter  </u>

<u>PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: September 28, 2006</u>

    Dorothy Hardy, has moved this Court for an unspecified extension of time in which to serve the summons and complaint on the defendant, because she is applying for legal services.[1] Ms. Hardy was first told to serve the defendant in the Court's order of March 31, 2006.[2]  She was warned that she must effect service on June 6, 2006, and again on July 6, 2006.[3] On July 25, 2006, Ms. Hardy was told that she must effect service by August 25, 2006, or her case would be dismissed.[4] Ms. Hardy then moved for an extension of time, and was granted until September 20, 2006, to effect service.[5] On September 20, Ms Hardy again moved for an extension of time, stating that she is seeking counsel from Alaska Legal Services.[6]

    Because Ms. Hardy does not need counsel in order to serve the defendant in this action, she must serve the defendant on or before **October 6, 2006**, or this action will be dismissed without further notice.

    IT IS SO ORDERED.

---

[1]  *See* Docket No. 12.

[2]  *See* Docket No. 3.

[3]  *See* Docket Nos. 4, 5.

[4]  *See* Docket No. 8.

[5]  *See* Docket No. 11, including an explanation of how to serve.

[6]  *See* Docket No. 12.  Ms. Hardy is cautioned that her current income is above the income guidelines used by Alaska Legal Services.  *See* Docket No. 11.

[hardy extension.wpd]{IA.WPD*Rev.12/96}