IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DOROTHY HARDY,<br><br>        Plaintiff,<br><br>vs.<br><br>DEPT. OF TRANSPORTATION<br>AND PUBLIC FACILITIES,<br><br>        Defendants. | Case No. 3:06-cv-00066-TMB<br><br><br>ORDER OF DISMISSAL |

On March 29, 2006, Dorothy Hardy, representing herself, filed an employment

discrimination complaint under Title VII of the Civil Rights Act, and the Americans

with Disabilities Act.[1]  On March 31, 2006, the Court issued an order giving notice

to Ms. Hardy that she "must complete initial service of the complaint and summons

**no later than July 27, 2006**, and promptly file a return of service with the Court,

showing proof of service on the defendant."[2]  On June 6, 2006, and again on July 6,

---

[1]  *See* Docket No. 1.

[2]  Docket No. 3 at 2.

2006, Ms. Hardy was warned that she must timely serve the defendant.[3]  On July 25, 2006,

Ms. Hardy was told that she must effect service by August 25, 2006, or her case would be

dismissed.[4]

Ms. Hardy then moved for an extension of time, and was granted until September

20, 2006, to effect service.[5]  On that day, Ms Hardy again moved for an extension of time,

stating that she was seeking counsel from Alaska Legal Services.[6]  On September 29,

2006, Ms. Hardy was told that, because counsel is not needed to serve the defendant in

this action, she must serve the defendant on or before **October 6, 2006**, or her action

would be dismissed without further notice.

To date, Ms. Hardy has failed to show that she has served the defendant, as

required by Federal Rule of Civil Procedure 4(m).[7]

---

[3]  *See* Docket Nos. 4, 5.

[4]  *See* Docket No. 8.

[5]  *See* Docket No. 11, including an explanation of how to serve.

[6]  *See* Docket No. 12.  Ms. Hardy is cautioned that her current income is above the income guidelines used by Alaska Legal Services.  *See* Docket No. 11.

[7]  *See* FED. R. CIV. P. 4(m) ("[i]f service of the summons and complaint is not made upon a defendant within 120 days of the filing of the complaint, the court ... after notice to the plaintiff, shall dismiss the action without prejudice.").

**IT IS THEREFORE ORDERED:**

Ms. Hardy's case is DISMISSED without prejudice.

DATED this 17th day of October, 2006,  at Anchorage, Alaska.


/s/TIMOTHY  M.  BURGESS
United States District Judge